UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY JORDAN, ) | |
| KENNETH GREENLAW, ) | |
| THEODIS CHAPMAN, ) | |
| PATRICK NELSON, ) | |
| and A CLASS OF UNKNOWN PERSONS ) | |
| SIMILARLY SITUATED, ) | No. 15 CV 5907 |
|     Plaintiffs, ) | Judge Sara L. Ellis |
| ) | |
| vs. ) | JURY DEMANDED |
| | |
| TIMOTHY EVANS, CHIEF JUDGE OF THE ) | |
|     CIRCUIT COURT OF COOK COUNTY, ) | |
| COOK COUNTY'S JUVENILE PROBATION AND ) | |
|     COURT SERVICES DEPARTMENT, ) | |
| MICHAEL ROHAN, ) | |
| CHARLES YOUNG, ) | |
| ROSE MARIE GOLDEN, ) | |
| WILLIAM PATTERSON, ) | |
| and UNKNOWN PERSONS, ) | |
|     Defendants. | |

**MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

Sheldon Nagelberg, counsel of record for plaintiffs Anthony Jordan, Kenneth Greenlaw, Theodis Chapman, and Patrick Nelson respectfully seeks leave to withdraw as counsel for all plaintiffs, on the following grounds:

    1. The plaintiffs have been either unwilling or unable to pay their counsel's fees; and

    2. The plaintiffs have failed to communicate with their counsel to the degree that there exists no meaningful attorney-client relationship, and that it is unlikely to correct itself.

1

Respectfully submitted,


/s/ SHELDON NAGELBERG
Attorney for Plaintiffs




Sheldon Nagelberg
Sheldon Nagelberg, PC
53 West Jackson Boulevard
Suite 664
Chicago, Illinois 60604
Phone 312-305-5278
Email:  sbnagelberglaw@att.net