IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Jordan, Kenneth Greenlaw, Theodis Chapman, and Patrick Nelson, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 15-cv-5907 |
| v. | ) ) | |
| Timothy Evans, Chief Judge of the Circuit Court of Cook County, | ) ) ) | The Honorable Sara L. Ellis |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

NOW COMES Plaintiff, by and through counsel, and respectfully moves this Court for leave to withdraw the appearance of Sean Morales-Doyle as counsel pursuant to Local Rule 83.17. In support of his motion, Plaintiff states as follows:

1. Mr. Morales-Doyle is resigning his position at Despres, Schwartz & Geoghegan, Ltd., effective December 15, 2017. Mr. Morales-Doyle will not be able to represent the plaintiff in his new position.

2. Plaintiff will continue to be represented in this matter by Mr. Morales-Doyle's colleagues, who already have appearances on file.

WHEREFORE, Plaintiff respectfully requests that the Court grant Mr. Morales-Doyle leave to withdraw his appearance in this matter.

Dated: December 18, 2017            By: s/ Sean Morales-Doyle
                                                                              One of Plaintiff's Attorneys

Sean Morales-Doyle
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511