IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY JORDAN, <br> KENNETH GREENLAW, <br> THEODIS CHAPMAN, and <br> PATRICK NELSON, <br> on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, <br><br> Defendant. | No. 15-C-5907 <br> Hon. Sara L. Ellis |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO THE DISPOSITIVE MOTION BRIEFING SCHEDULE**

Now comes Defendant CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, through counsel, LISA MADIGAN, Attorney General of the State of Illinois, and presents his Unopposed Motion for Extension of Time to the Dispositive Motion Briefing Schedule:

1. On May 31, 2018, the Court entered an order (Dkt. No. 103) setting the dispositive motion deadline as follows:

    a. Defendant was to file his Dispositive motion on or before July 16, 2018;

    b. Plaintiff was to file its Response on or before August 30, 2018;

    c. Defendant was to file his Reply on or before September 13, 2018.

2. Per the Court's standing order on Summary Judgment, Defendant has served Plaintiffs with a proposed Joint Statement of Facts and a letter advising Plaintiffs of the basis for Defendant's contemplated motion for summary judgment. However, due to the voluminous record

in this case, which includes claims of racial discrimination by four plaintiffs alleging a variety of discriminatory actions, Defendant was unable to serve this material until July 13, 2018.

3. The parties have met and conferred regarding the timing of Plaintiffs' response to Defendant's letter, and to provide any revisions to Defendant's proposed Joint Statement of Facts.

4. Should it please the Court, the parties have agreed that the following schedule will allow the parties to come to a final version of the Joint Statement of Facts and to meet and confer regarding Defendant's letter prior to the filing of Defendant's dispositive motion:

    a. Plaintiffs will provide any additions and/or revisions to Defendant's proposed Joint Statement of Facts by July 30, 2018;

    b. Per the Court's standing order on Summary Judgment, Plaintiffs will also advise Defendant of factual matter or legal authority that they believe would defeat Defendant's contemplated Motion for Summary Judgment by July 30, 2018;

    c. Defendant will respond to any contested revisions to the Joint Statement of Facts on or before August 6, 2017;

    d. Defendant will file the final Joint Statement of Facts and its Motion for Summary Judgement with the Court on or before August 13, 2018.

5. Accordingly, Defendant moves the Court to extend its deadlines regarding Defendant's dispositive motion by 28 days, as follows:

    a. Defendant shall file his dispositive motion on or before August 13, 2018;

    b. Plaintiffs shall file their response on or before September 27, 2018;

    c. Defendant shall file his reply on or before October 11, 2018.

6.	Defendant contacted Plaintiff's counsel, who indicated that he has no objection to such an extension.

7.	This motion is brought in good faith and not for the purposes of delay, and neither party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant CHIEF JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, requests an extension of time of the dispositive motion briefing schedule by 28 days; and for such further relief as the Court finds reasonable and just.

Respectfully Submitted,

July 16, 2018

| | |
|---|---|
| LISA MADIGAN<br>Illinois Attorney General | */s/ Jeffrey Freeman*<br>JEFFREY FREEMAN<br>Office of the Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, IL 60601<br>P: (312) 814-4451<br>F: (312) 814-4425<br>jfreeman@atg.state.il.us |