DEF000480

November 8, 2010

## MEMORANDUM

To: Anthony Jordan
Probation Officer
GBO East Division

From: Michael S. Willis
Supervisor
GBO East Division

Re: 3 Month Supervision Plan

Mr. Jordan after a follow-up review of your caseload it was revealed that you have some Non-compliance issues.

To help you in the future, the following corrective action plan will take effect for the next three months.

- You and I will meet twice a month to review the status of all your cases.

- All referrals must be submitted per policy and contact standards must be adhered to.

- Each month you will provide copies of your YASI assessments, including a print out of the following assessment items for initial assessment, reassessments, case plans, and Title 4E addendums.

- School records and mental health record must be request per policy and filed accordingly in the family folder.

- All referrals must be submitted per policy.

- During the monthly meeting case reviews, we will discuss timeframes for completion. There will a follow up meeting with you and the DCPO in 3 months to evaluate your progress with regards to this plan.

C: Frances Bruce

*Jordan* EXHIBIT 3
FOR I.D: 9-13-17 / WB

DEF000480