IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chapman & Nelson, <br><br> Plaintiff(s), <br><br> v. <br><br> Chief Judge of the Circuit Court of Cook County, Illinois et al, <br><br> Defendant(s). | Case No. 15-cv-5907 <br> Judge Sara L. Ellis |

### ORDER

(T 5:00) Jury trial held. Trial ends. Verdict reached. Jury finds in favor of Defendant Timothy Evans, in his official capacity as Chief Judge of the Circuit Court of Cook County and against Plaintiffs, Theodis Chapman and Patrick Nelson. Civil case terminated.

Date: 1/27/2022 /s/ Sara L. Ellis